No. 550. SLOUGH *v.* FEDERAL TRADE COMMISSION. C. A. 5th Cir. Certiorari denied. *Fredric T. Suss* for petitioner. *Solicitor General Griswold* and *James McI. Henderson* for respondent.

No. 552. N. V. STOOMVAART MAATSCHAPPIJ "NEDER-LAND" *v.* STANDARD OIL CO. OF CALIFORNIA. C. A. 9th Cir. Certiorari denied. *Francis L. Tetreault* for petitioner. *Stanley J. Madden* for respondent.

No. 554. SCAM INSTRUMENT CORP. *v.* NATIONAL LA-BOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *David C. Newman* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Allison W. Brown, Jr.,* for respondent.

No. 557. PARK *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. *Wesley R. Asinof* for petitioner. *Arthur K. Bolton,* Attorney General of Georgia, and *Marion O. Gordon,* Assistant Attorney General, for respondent.

No. 564. CONFEDERATION LIFE ASSN. *v.* VEGA Y ARMI-NAN. Sup. Ct. Fla. Certiorari denied. *John G. Laylin, Cotton Howell, William H. Allen,* and *George V. Allen, Jr.,* for petitioner. *Thomas B. DeWolf* for respondent.

No. 565. FREDKIN *v.* IRASEK. C. C. P. A. Certiorari denied. *Robert H. Rines, David Rines,* and *Nelson H. Shapiro* for petitioner. *John Hoxie* and *William T. Estabrook* for respondent.